**Pennell Norman FOUST, Petitioner–
Appellant,**

v.

**J. Michael STOUFFER, Warden; Attorney General for the State of Maryland, Respondents–Appellees.**

No. 01–6066.

United States Court of Appeals,
Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

Pennell Norman Foust, pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Pennell Foust appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny the motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Foust v. Stouffer,* No. CA–00–3499–AW (D. Md. filed Dec. 4, 2000; entered Dec. 6, 2000). We dispense with oral argument because the facts and legal contentions are ade-

quately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*